■ In the Matter of Johnny Torres, Appellant, v Jamie Nestark, Respondent. [959 NYS2d 85]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered October 24, 2011 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Fahey, Carni, Sconiers and Valentino, JJ.